UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re Frank J. Slavik, III<br>f/d/b/a F & C Construction,<br>　　　　　Debtor.<br>_____/ | Case No. 08-66353<br>Chapter 7<br>Hon. Marci B. McIvor |
| Astro Building Supplies, Inc.,<br>　　　　　Plaintiff,<br>v.<br>Frank J. Slavik, III<br>f/d/b/a F & C Construction,<br>　　　　　Defendant.<br>_____/ | Adv. Pro. No. 08-5669 |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in an Opinion issued with this Order,

IT IS HEREBY ORDERED that Defendant's Motion for Summary judgment is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED;

IT IS FURTHER ORDERED the Plaintiff's Complaint is DISMISSED.

**Signed on March 26, 2010**

　　　　　　　　　　　　　　　　　　　　　/s/ Marci B. McIvor
　　　　　　　　　　　　　　　　　　　Marci B. McIvor
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge